Paul F. Soares, *in pro se*
798 Lighthouse Avenue Unit 330
Monterey, CA 93940
Email: mrypresid@aol.com
Facsimile: 855-631-4401; Telephone: 831-601-1220

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Paul F. Soares, | CASE #5:21-cv-04527-SVK |
|---|---|
| PLAINTIFF. | |
| vs. | Case Status Conference Statement |
| East KY Excavation, Inc.; Rheo LLC; and DOES 1-5, | |
| DEFENDANTS. | |

    The status is disappointing at best. Defendant's have not complied with any Order issued by the Court.

    Defendant's did not comply with the Court's Order at DE-12 requiring an answer to be filed by their legal counsel on or before August 16, 2021.

    On August 17, 2021, I filed request to the Clerk of this Court for issuance of Default in this matter.

    I plan to file motions to pierce the corporate and limited liability company veils and motion for Judgment.

    I allege that there is not much likelihood that Defendant will comply with any future Orders of

this Court given the lack of compliance to date.

Submitted.

August 17, 2021

_____
Paul F. Soares, Plaintiff *in pro se*