1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

PAUL F. SOARES,

Case No.  21-cv-04527-SVK

8

            Plaintiff,

9

    v.

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 32

10

EAST KY EXCAVATION, INC., et al.,

11

            Defendants.

12
13
     On November 1, 2021, Plaintiff Paul Soares ("Plaintiff") filed a Motion to Change Venue.

14
Dkt. 30.  The Court denied Plaintiff's motion without prejudice on December 2, 2021 (Dkt. 32)

15
and provided Plaintiff until January 7, 2022 to file a renewed motion to transfer the action to a

16
viable venue.  There having been no activity in this case since the Court's December 2, 2021

17
order, Plaintiff is ORDERED to file a renewed motion to transfer or otherwise to SHOW CAUSE

18
in writing, on or before **February 8, 2022**, why the case should not be dismissed for failure to

19
prosecute. The parties are ordered to appear for a hearing on this order on **February 22, 2022 at**

20
**1:30 p.m.**

21
     **SO ORDERED.**

22
Dated: January 26, 2022

23
24
25

SUSAN VAN KEULEN
United States Magistrate Judge

26
27
28

United States District Court
Northern District of California